MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Randal Scot Combs*     v.     *Maricopa County Sheriff's Office, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-02044-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: April 10, 2007

  This order addresses the report at docket 36, and the motions at dockets 33 and 35.

  Magistrate Judge Aspey filed a thorough report at docket 36 in which he recommends that plaintiff Combs' motion at docket 33 to amend his complaint and to consolidate cases be granted in part and denied in part.  No objections have been filed.  This court reviews the report from the magistrate judge as follows:  Recommended findings of fact as to which a party objects and all conclusions of law are reviewed *de novo*, and recommended findings of fact as to which no objection is filed are reviewed for clear error.  Having applied that standard to its review of the report at docket 36, this court finds the report's recommendations correct in all respects and hereby **APPROVES** the report at docket 36, and adopts the recommended findings and conclusions stated therein.

  Based on the above, the request in the motion at docket 33 to amend the complaint is **GRANTED in part and DENIED in part** as follows:  Plaintiff's request to amend his complaint is granted, but only to the extent set forth in the recommendations by the magistrate judge at docket 36.

  Based on the above, the request in the motion at docket 33 to consolidate this case with plaintiff's other litigation is **DENIED**.

  At docket 35 plaintiff moves for permission to file an amended complaint which is not on the court's standard form.  The motion at docket 35 is **GRANTED**.

  **IT IS FURTHER ORDERED**:  Plaintiff shall file and serve his amended complaint to be entitled "Fourth Amended Complaint" within 30 days from the date of this order.  The Fourth Amended Complaint shall scrupulously comply with the report at docket 36 as to what parties it names and what claims it includes.  Failure to conform the Fourth Amended Complaint to the limitations in the report at docket 36 shall subject plaintiff's case to dismissal.

  This matter is returned to the magistrate judge for further proceedings.