**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RANDAL SCOT COMBS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV 06-02044 PHX JWS (MEA) |
| ) | |
| **DR. FRIEDMAN, DO ABREGO,** ) | ORDER |
| **DO WATERS, DO NYAKONDO,** ) | |
| **DO WHITNEY, DO CAMANDINI,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO THE HONORABLE JOHN W. SEDWICK:**

On April 10, 2007, the Court ordered Plaintiff to file an amended complaint on or before May 9, 2007. See Docket No. 38. Plaintiff was warned that the failure to file an amended complaint by that date would result in the dismissal of his case. On May 12, 2007, the Court granted Plaintiff's motion for an extension of this deadline to July 13, 2007. See Docket No. 44. As of July 30, 2007, no amended complaint has been docketed in this matter.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's claims as stated in the third amended complaint be **denied** and this matter be **dismissed with prejudice** for Plaintiff's failure to file and serve an

amended complaint within the time specified by the Court in its order at Docket No. 38.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have ten (10) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have ten (10) days within which to file a response to the objections. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.) (en banc), cert. denied, 540 U.S. 900 (2003). Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will constitute a waiver of a party's right to appellate review of the findings of fact and conclusions of law in an order or judgment entered pursuant to the recommendation of the Magistrate Judge.

DATED this 30th day of July, 2007.

_____
Mark E. Aspey
United States Magistrate Judge

-2-