## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*Randal Scot Combs*     v.     *Maricopa County Sheriff's Office, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-02044-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**     Date:  September 11, 2007

      At docket 45, the magistrate judge recommends that this case be dismissed without prejudice based on plaintiff's failure to comply with the court's order at docket 38 directing him to file an amended complaint.  After reviewing the file in this case, the court agrees with the recommendation.  The report at docket 45 is **ADOPTED**.  This case is hereby **DISMISSED** without prejudice.  The Clerk will please enter an appropriate judgment.